

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21 MJ04192 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |
| Luis MONTOYA-Valdez,<br>Juan CARLOS-Ybarra,<br>Jairo Ivan PENATE-Cruz, | Title 8, USC 1326 Attempted Entry After Deportation |
| Defendants. | |

The undersigned complainant being, duly sworn, states:

## Count One

On or about October 15, 2021, within the Southern District of California, defendants Luis MONTOYA-Valdez and Juan CARLOS-Ybarra, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Francisco DIAZ-Gutierrez, Victoria GONZALEZ-De La Paz, Chrispena MARTINEZ-Cruz, Daniel RAMOS-Rojo, Ulises RODRIGUEZ-Coronado, Maria Christina SANCHEZ-Mendiola, Wendy SANTOS-Adame and Yolanda SOTO-Diaz Leal, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

Count Two

On or about October 15, 2021, within the Southern District of California, defendant Jairo Ivan PENATE-Cruz, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Diego, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant'sreapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 18, 2021

HON. KAREN S. CRAWFORD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Juan CARLOS-Ybarra,
Luis MONTOYA-Valdez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Francisco DIAZ-Gutierrez, Victoria GONZALEZ-De La Paz, Chrispena MARTINEZ-Cruz, Daniel RAMOS-Rojo, Ulises RODRIGUEZ-Coronado, Maria Christina SANCHEZ-Mendiola, Wendy SANTOS-Adame, and Yolanda SOTO-Diaz Leal, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 15, 2021, the Coast Guard vessel, Robert Ward, and its crew were conducting assigned duties in the Ballast Point Coast Guard Base's area of responsibility. At approximately 8:00 PM, the Robert Ward detected a panga, via radar, and with a FLIR thermal imaging, night vision and infrared camera approximately 2.5 nautical miles from their location. The panga appeared to be approximately 30 feet long, have over 20 people onboard, and heading on a northbound course. At approximately 8:30 PM, the Robert Ward launched a small boat to interdict the 30-foot panga. Once the small boat crew made contact with the panga, the officers noticed that the captain was wearing a grey hooded sweater and sitting behind the helm. The officers ordered the captain to stop the vessel, to which he complied. The officers then boarded the panga and immediately placed the captain in handcuffs. The officers asked the occupants onboard where they were coming from, what nationality they were, and where they were going. They made no claims of their departure location, but did claim to be of Mexican nationality, and claimed to be lost out at sea for 2 days. A total of 22 people were found onboard the 30-foot panga. Once all the occupants were transferred to the Robert Ward, the officers collected approximately 13 canisters of gasoline from the panga and transferred it onto the Robert Ward. On October 16, 2021, at approximately 7:30 AM, the Robert Ward arrived at Ballast Point Coast Guard Base.

On October 16, 2020, Border Patrol Agent R. Devarie Jr., was conducting assigned duties in the San Clemente Border Patrol Station's area of responsibility. Agent Devarie was in full Border Patrol uniform. At approximately 6:00 AM, Agent Devarie was requested to meet with the United States Coast Guard at the Ballast Point Coast Guard Base to assist with a maritime incursion. The United States Coast Guard had detained a panga-style vessel and could not determine citizenship of the 22 individuals onboard. At approximately 7:45 AM, Agent Devarie arrived on scene with other Border Patrol agents, and met with the United States Coast Guard at the Ballast Point Base. At approximately 8:20 AM, Agent Devarie identified himself to the 22 individuals as a United States Border Patrol Agent and conducted an immigration

CONTINUATION OF COMPLAINT:
Juan CARLOS-Ybarra,
Luis MONTOYA-Valdez

inspection. This area is located approximately 23 miles north of the United States/Mexico International Boundary, and nine miles west of the San Ysidro, California Port of Entry. 21 individuals, including two later identified as the defendants, Luis MONTOYA-Valdez and Juan CARLOS-Ybarra, and eight later identified as the material witnesses, Francisco DIAZ-Gutierrez, Victoria GONZALEZ-De La Paz, Chrispena MARTINEZ-Cruz, Daniel RAMOS-Rojo, Ulises RODRIGUEZ-Coronado, Maria Christina SANCHEZ-Mendiola, Wendy SANTOS-Adame, Yolanda SOTO-Diaz Leal, admitted that they are citizens of Mexico, without any documents that would allow them to enter, or remain in the United States legally. The remaining individual, later identified as the defendant, Jairo Ivan PENATE-Cruz, admitted that he has dual citizenship in Mexico and El Salvador, and that he is a national of El Salvador, without any documents that would allow him to enter or remain in the United States legally. At approximately 8:30 AM, Agent Devarie placed all 22 individuals, including MONTOYA, CARLOS, PENATE, DIAZ, GONZALEZ, MARTINEZ, RAMOS, RODRIGUEZ, SANCHEZ, SANTOS and SOTO, under arrest.

The defendant, MONTOYA, was read his Miranda Rights. MONTOYA understood his rights and was willing to speak without an attorney present. MONTOYA admitted to being a citizen of Mexico, and not in possession of any documents that would allow him to enter or remain in the United States legally. MONTOYA admitted to making smuggling arrangements, and agreed to pay $ 14,000.00 USD, if successfully smuggled into the United States. MONTOYA stated his intended destination was San Francisco, California. MONTOYA stated that sometime during the voyage, the panga's engine stopped working. MONTOYA stated that the captain of the panga then used a satellite phone to call for help. MONTOYA stated another boat arrived at their location and the captain of the panga left on the other boat to go retrieve supplies to fix the panga. MONTOYA stated that after several hours of waiting for the captain to return, he and Juan CARLOS-Ybarra were able to fix the panga's engine. MONTOYA stated that he and CARLOS took turns driving the panga after the captain abandoned the panga. MONTOYA stated that he used the lights along the coastline to navigate. MONTOYA stated that while at sea, a fishing vessel met with them, and various individuals began to board the panga. MONTOYA stated that a man who was initially with him on the panga, got onto the fishing vessel and asked MONTOYA to drive the vessel to San Diego, California. MONTOYA admitted that he drove the vessel on today's event. MONTOYA stated that he was shown a cell phone with a map and was instructed where to go.

The defendant CARLOS was read his Miranda Rights. CARLOS understood his rights and was willing to speak without an attorney present. CARLOS admitted to being a citizen of Mexico,

**CONTINUATION OF COMPLAINT:**
Juan CARLOS-Ybarra,
Luis MONTOYA-Valdez

and not in possession of any documents that would allow him to enter or remain in the United States legally. CARLOS stated that his uncle's co-worker made the smuggling arrangements for him and paid for half of the smuggling fee. CARLOS stated his uncle agreed to pay the remaining fee, if successfully smuggled into the United States. CARLOS stated that his intended destination was Los Angeles, California. CARLOS stated that Luis MONTOYA-Valdez told him that the balance of his smuggling fee would be waived if he helped with the panga. CARLOS admitted to assisting the panga's captain, MONTOYA, with refueling and steering of the panga. CARLOS stated that MONTOYA told everyone on the panga to tell Border Patrol agents that the panga was abandoned by the original captain.

Material witnesses, DIAZ, GONZALEZ, RAMOS, RODRIGUEZ, SANCHEZ, and SANTOS admitted to being citizens of Mexico illegally present in the United States, and not having any documents that would allow them to enter or remain in the United States legally. DIAZ, RAMOS, RODRIGUEZ, SANCHEZ, and SANTOS admitted to making smuggling arrangements, and agreed to pay between $12,000 and $18,000 USD, if successfully smuggled into the United States. Material witnesses DIAZ, GONZALEZ, RAMOS, RODRIGUEZ, SANCHEZ, and SANTOS were presented with a photographic lineup. DIAZ, RAMOS, RODRIGUEZ, and SANCHEZ were able to identify MONTOYA as the captain of the panga. DIAZ, GONZALEZ, RAMOS, RODRIGUEZ, SANCHEZ, and SANTOS were all able to identify CARLOS as the individual who was helping MONTOYA in driving the panga.

**Executed on October 17, 2021 at 10:00 AM.**

Jon D. Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 3 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 16, 2021, in violation of 8 USC 1324(a)(2)(B)(iii).

HON. KAREN S. CRAWFORD
United States Magistrate Judge

__11:08 AM, Oct 17, 2021__
Date/Time